```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ALEXANDER FELIX MURILLO,                                         :
                                                                 :
                        Plaintiff,                               :
                                                                 :        23 Civ. 3691 (JPC)
        -v-                                                      :
                                                                 :        ORDER DENYING IFP
COMMISSIONER OF SOCIAL SECURITY,                                 :           APPLICATION
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    Because Plaintiff failed to provide an answer to question four of his Application to Proceed Without Prepaying Fees or Costs, or to fully answer question seven of the same, Dkt. 3, leave to proceed in this Court without prepayment of fees is denied without prejudice, *see* 28 U.S.C. § 1915.

    SO ORDERED.

Dated: May 11, 2023  
       New York, New York

                                                JOHN P. CRONAN  
                                        United States District Judge