```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALEXANDER FELIX MURILLO,
                                                              23-CV-3691 (RWL)
                        Plaintiff,

        - against -                                           ORDER

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's application to proceed in forma pauperis was denied without prejudice. (Dkt. 6.) Accordingly, the Clerk's office will not file a notice of service unless and until Plaintiff either files a new IFP application curing the deficiency, or pays the filing fee. Plaintiff shall either file the new application or pay the fee by **June 14, 2023**. Failure to do either may result in dismissal of the case without prejudice for failure to prosecute.

Given the foregoing, there is no current deadline for the Government to answer. (*See* Dkt. 8 (requesting clarification).)

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1